## Miller v. Chandler.

(Decided March 3, 1915.)

Appeal from Ballard Circuit Court.

Appeal.—The judgment in this case is reversed for the reasons given in the case of Miller v. Chandler, By, &c., this day decided.

HENDRICK & NICHOLS for appellant.

EATON & BOYD for appellee.

OPINION OF THE COURT BY JUDGE TURNER—Reversing.

This is a companion to the case of L. W. Miller v. Harrison Chandler, by &c., this day decided.

This is an action by the father of Harrison Chandler for care and attention given to him as a result of the accident referred to in that case, and for the loss of his services until he became 21 years of age.

The accident for which such recovery is sought is the same one detailed in the opinion in that case, and the evidence in this case is the same.

For the reasons given in that opinion the judgment in this case is also reversed, with directions to grant appellant a new trial, and for further proceedings consistent herewith.